UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES | : | |
| | : | |
| | : | Mag. No. 21-9422 |
| | : | |
| v. | : | |
| | : | |
| | : | **ORDER to Amend Bail** |
| | : | |
| GALAXY HENRIQUES | : | |

THIS MATTER having come before the Court on the application of the defendant, Galaxy Henriques (by Dennis S. Cleary, Esq.) and the United States (by Benjamin Levin, Assistant U.S. Attorney) taking no position, and U.S. Pretrial Services (by Jennifer Powers) deferring to the Court, and for good cause shown,

IT IS on this __23rd__ of November 2021,

**Hereby ordered** that the defendant, Galaxy Henriques be permitted to attend Thanksgiving dinner at his grandmother's house located at 71 Palm Street in Newark, New Jersey, on November 25, 2021, from 4pm to 8pm.

**Further ordered** that all other conditions of bail remain intact.

S/André M. Espinosa
———————————————
Honorable André M. Espinosa
United States Magistrate Judge